**Exhibit A to the Complaint**

**Location:** Philadelphia, PA  **IP Address:** 108.4.232.217
**Total Works Infringed:** 31  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: AE90C86D911A70368335FF0532A2BF66B9E7FC46<br>File Hash: 03B4DBB838FBDADC0EDCC7B7834A86C080469CCDF9136BD723E32D716EF91FBE | 02-07-2022 14:45:06 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 2 | Info Hash: 27AE1E1034EA8BB067DFE05D0C8A6F35A4A4C51D<br>File Hash: CDD56A4C5055860375D8539B9F2524A4013525256F75F6D3168EE368B7F65D3F | 02-01-2022 14:10:28 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 3 | Info Hash: A2B5718BB1CAA00D0D665075430789678C3137E5<br>File Hash: C4491F8620011D39D4264B032B31E1E5B138812B6DFB79F78022EDB6FBDB50F9 | 01-07-2022 15:13:32 | Blacked Raw | 01-03-2022 | 01-17-2022 | PA0002330091 |
| 4 | Info Hash: 4942B26E65DF128854B844B35AB6AF20B3B289F2<br>File Hash: CB10299C3EEC78FA0D9219A52B89DC3EEC9548B9EEF182D9A55A81F195FB17B4 | 12-31-2021 04:22:52 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 5 | Info Hash: 5DAC4AD0ACDE6DE76F2ECB3D6B40F615984D1643<br>File Hash: 3C36AED1205981717F56BEDC1871A31D650DCB9E3DD3824CDE9852D18350235D | 12-31-2021 04:22:36 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 6 | Info Hash: C42EE371002AEEA77C5452EDB31E0132A3D47B6E<br>File Hash: 8F86F2EA5E22176E3351BBF65BE24B9C737E9DF52772F1B0CFF2916A66F40C20 | 12-15-2021 21:26:45 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 7 | Info Hash: 0E4CACEDCCDF0CEAF44A2BE0EC857587D35EA57A<br>File Hash: CE825ED8394023946EA5073AD8CD9A7095F4B9B6F597C02D4CB498375948662B | 11-22-2021 15:27:32 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 8 | Info Hash: 2369DA2EA39DD17E91F2F55D81946629A7872B9E<br>File Hash: DC064752573A2022E4D177464D8CF99257640F88BD2CF8277CA68C4479A71323 | 11-08-2021 14:08:55 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: B3CF1BC90895F4A5C53C9B30A7EB76F20B525656<br>File Hash: A92FCFF6E4F800D2DC258FF1F12F6581EDDC834A3A47873F8CAC6636C8636108 | 10-06-2021 13:49:38 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 10 | Info Hash: B3E42C84C48B8BEBEAC209531FF7F9AD54593F7F<br>File Hash: 673065A1DFFD464A5047C0181D534DC453ECF0026CC047D8DF60DD5354DF7DED | 09-12-2021 13:06:17 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 11 | Info Hash: 41A572496B878FFAE77C7A757CBAE1ED0EB9D57E<br>File Hash: FF125D9A09EA9469F302C188E821F889073D4286F770D8D1FA88C6E3E13AC817 | 09-02-2021 15:07:59 | Blacked Raw | 08-30-2021 | 09-30-2021 | PA0002319882 |
| 12 | Info Hash: 0DED1D076E0C283D05660F54E5970AACF14DE8D4<br>File Hash: 41DCC423B7AB8D656E993CC97FCC84C6F2630BFB0642391C3A6C7DE276572C59 | 09-01-2021 16:23:41 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 13 | Info Hash: 5AFF7F3C10A79971D10A2371A3C3EF018D85AD32<br>File Hash: B0D3D477521205AB33A065EB02D8B0187567DAE49288D13A675B672057253017 | 08-30-2021 13:02:30 | Blacked | 08-28-2021 | 09-21-2021 | PA0002312681 |
| 14 | Info Hash: 2F73A144B780B7D386C021B9DFCA2C674931DEE8<br>File Hash: F85AE75227D8B66E7A0DEAC0477536890D8F9ECE99E4FA681CC88AAEC3688FDF | 08-26-2021 13:24:09 | Blacked | 03-21-2018 | 04-12-2018 | PA0002091520 |
| 15 | Info Hash: 0616906E5B0D445A8FB469D45908C91D24F6CD2F<br>File Hash: 9AC3BBF9185D5F2498389B013DAD21FC070F127E17E3B94B23F09A5C26518E53 | 08-26-2021 13:16:28 | Blacked | 09-27-2018 | 11-01-2018 | PA0002143428 |
| 16 | Info Hash: 47CE723D84C0A2028A53B98FE9431C963A280E54<br>File Hash: 3B4131F8980F5B1897C386893963773E40C3EEECE0EF9820C958D8248BE7E58C | 08-26-2021 13:15:56 | Tushy | 02-25-2018 | 03-01-2018 | PA0002079188 |
| 17 | Info Hash: 980E29E94CEBAFEE2E480DF633DF6187E8CC965D<br>File Hash: 1A0F9D7BE2306841713F712039A84E4EC7164CAF368F5352E5F088BEB55B5CA9 | 08-04-2021 12:50:59 | Tushy | 08-01-2021 | 09-30-2021 | PA0002320423 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 6244BB226988F9FFD9377945E88F639E528D2E3E<br>File Hash: 07C597A0C069380A0078C561C9179C3776683B0B6D0325828DADC318951051EB | 06-09-2021 11:27:24 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 19 | Info Hash: 09EE300AFC18446C7E051E6A71568289D703C79D<br>File Hash: 86E5CDB949365CFDAE4FB08ADAEC4C409B815601EACD1737765E421F7BEA91D0 | 05-05-2021 15:32:38 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 20 | Info Hash: 79F50E3960CFE36B1F1E044B222200097AA1DFEF<br>File Hash: 65513133DE6896A6FF1FF80BF1E9FF0B73CC9F7CEDE904744AC67802B05CF59C | 04-30-2021 14:21:04 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 21 | Info Hash: 00F802AEDCAB7B711BD707018C03096C4F9F0931<br>File Hash: F1F4EF24BACAC466BCA4347EA401F9C5DAAEC24A45381502BA2CBC9D5F6343DD | 04-01-2021 11:55:46 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 22 | Info Hash: 2AFE60797AFFA07DE53D09E7BAD81B4DAF2BFA3A<br>File Hash: 9DB638ADC847C64E25BF71B883127DADB529BD61665CB0A92708D742D999FB4B | 03-22-2021 13:26:28 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |
| 23 | Info Hash: 2731D3BE6ECD9F4EF189644B16EBA424B73EFBFD<br>File Hash: 96FC13D83810C44230AFE045BFAD3603B19F1A98E46ADFE605A0E3798A867F2D | 03-16-2021 13:13:26 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 24 | Info Hash: E16BF2312FEAFFDA0DFD45F8DEC8F8D38281D1D4<br>File Hash: A0077A2CCDB176BC6A42D6A5511A8948BCA5D56EE3E1A5D3707EF868FEAAC87B | 02-12-2021 16:38:22 | Blacked Raw | 02-08-2021 | 03-08-2021 | PA0002280363 |
| 25 | Info Hash: D90661C4EAF703AD571420CB0E7B68DA96A83C8F<br>File Hash: EC6D90A123469F683033BF6383B5F9752EA070551E408220A225B6352EE6E9B6 | 02-05-2021 16:02:39 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 26 | Info Hash: 724B637D9AD85A90C48E95BF3200FE11B4520420<br>File Hash: ABD1CF9BE94C07E7BA99AD39BA2A1F827B3E71F1677F7CFC5C5731EEFFC66D57 | 01-26-2021 21:14:15 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 1A8DCF0C152304F2BB246BDB17F0F9BF1AF0A33F<br>File Hash: 87E07A405D15190CACF4C8AFA342BFB1677B86EBD7E48AF6A36013DE4CB7A190 | 12-01-2020 14:23:26 | Tushy | 11-22-2020 | 11-30-2020 | PA0002266355 |
| 28 | Info Hash: 47EFF10A48B116CE25A44DCBB64795ADB5789D0D<br>File Hash: E9A2BD560E5A809DABA69192DD5DFA4E31D5620BC4BCFEFBD51A4A967CC8AA72 | 12-01-2020 14:17:51 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 29 | Info Hash: FB6D45F0A6BD5E28A418EF8AC262EC06C6D4A40B<br>File Hash: EE6802769054BFB182B32EB472AE2616FD92D062D9A3A75A2EB5D4BA1B2F0661 | 11-02-2020 13:50:02 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 30 | Info Hash: 3818467D5DC9DDB317735107C4146CBB3C456751<br>File Hash: 76CC20D3E9FC939ED897DF2598478477E80E3E647195FEC6250C8664D38F8A3E | 10-26-2020 13:13:17 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |
| 31 | Info Hash: 9352D370D33CC9FA273FC8B6E660F317B53AB89A<br>File Hash: 444AA5F2B3ECAFCD7594C9F15005CAF6298621D86EE925C3421E1B54DD68A919 | 10-06-2020 15:53:51 | Blacked Raw | 10-05-2020 | 10-22-2020 | PA0002261806 |